1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHANCELLOR WADE,

11            Plaintiff,                    No. CIV S-04-1711 GEB DAD P

12        vs.

13   COUNTY OF SACRAMENTO, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed May 5, 2005, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff filed an amended complaint on

19   April 29, 2005 and a second amended complaint on May 20, 2005.  The court deems the second

20   amended complaint as the operative pleading.

21            The second amended complaint states a cognizable claim for relief pursuant to 42

22   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended complaint

23   are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25            1. Service is appropriate for the following defendants: County of Sacramento,

26   Sheriff Lou Blanas, Capt. Iawsa, Lt. Smith, Sgt. S. Jones, Onesimus Ortiz, George Hills

                                            1

1  Company, and John Joiner.

2       2.  The Clerk of the Court shall send plaintiff eight USM-285 forms, one

3  summons, an instruction sheet and a copy of the second amended complaint filed May 20, 2005.

4       3.  Within thirty days from the date of this order, plaintiff shall complete the

5  attached Notice of Submission of Documents and submit the following documents to the court:

6       a.  The completed Notice of Submission of Documents;

7       b.  One completed summons;

8       c.  One completed USM-285 form for each defendant listed in number 1

9       above; and

10       d. None copies of the endorsed second amended complaint filed May 20,

11       2005.

12       4.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED: April 3, 2006.

17

18              Dale A. Drozd

            DALE A. DROZD

19              UNITED STATES MAGISTRATE JUDGE

20  DAD:4
    wade1711.1

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

       Plaintiff,                   No. CIV S-04-1711 GEB DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,        NOTICE OF SUBMISSION

       Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

        _____     completed summons form

        _____     completed USM-285 forms

        _____     copies of the _____
                                   Amended Complaint

DATED:

                                            _____
                                            Plaintiff