IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

        Plaintiff,                      No. CIV S-04-1711 GEB DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. On September 22, 2006, the court ordered defendant Chaplain Onesinius Ortiz to pay the United States Marshal the sum of $53.45 or to show good cause for his failure to waive service. On October 6, 2006, defendant Ortiz filed a response asserting that he never received the waiver of service which was mailed to the Sacramento County Main Jail and that on other occasions he has not received correspondence addressed to himself or the "Christian Correction Ministries." (Response, Attach. Decl. of Ortiz at 2.)

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's September 22, 2006 order to show cause is discharged; and

2. The court will not impose on defendant Chaplin Onesimus Ortiz the costs for service of the summons and second amended complaint in the amount of $53.45; and

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: December 13, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wade1711.tax