```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHANCELLOR WADE,
11         Plaintiff,                    No. CIV S-04-1711 GEB DAD P
12      vs.
13   COUNTY OF SACRAMENTO, et al.,
14         Defendants.                   ORDER
15   _____/
```

16  Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff

17 contends that while he was incarcerated at the Sacramento County Jail, defendants failed to

18 accommodate the exercise of his Muslim faith. Plaintiff's claims are brought pursuant to 42

19 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act (RLUIPA), as well as

20 under state laws governing negligence and breach of contract actions. Before the court is

21 plaintiff's motion to compel responses to his discovery requests.

22  Plaintiff contends that he has not received responses to the following discovery

23 requests: interrogatories served on defendant Iwasa on or about December 27, 2006;

24 interrogatories served on defendant Blanas on or about December 30, 2006; interrogatories

25 served on defendant County of Sacramento on or about January 5, 2007; interrogatories and

26 request for production of documents served on defendant George Hills Co. on or about January 5,

1

1  2007.  Plaintiff contends that the responses were due in March of 2007.  Defendants have not
2  filed any opposition to the motion to compel.  The court will order defendants to show cause why
3  plaintiff's motion should not be granted in its entirety.
4        On September 11, 2007, plaintiff also requested that the scheduling order filed on
5  April 9, 2007 be modified in light of the fact that he has not received responses to his discovery
6  requests.  The court will order defendants to file their opposition or non-opposition to that
7  motion as well.
8        Accordingly, IT IS HEREBY ORDERED that:
9        1. Within twenty-one days from the date of service of this order, defendants shall
10 show cause why plaintiff's motion to compel, filed on May 15, 2007, should not be granted; and
11        2. Defendants shall file their opposition or non-opposition to plaintiff's
12 September 11, 2007 motion to amend the scheduling order.
13 DATED: October 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wade1711.osc