1  M ORENO & R IVERA , LLP

2  1451 River Park Drive, Suite 145
   Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916-922-1301

4  Jonathan B. Paul, CSN 215884

5  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168

6

7  Attorneys for Defendants,
   COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS,

8  CAPT. IWASA, LT. SMITH, LT. S. JONES, GEORGE HILLS COMPANY,
   JOHN JOINER and CHAPLIN ONESIMUS ORTIZ

9

10           **IN THE UNITED STATES DISTRICT COURT**

11       **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

   CHANCELLOR WADE,                    )   Case No.  CIV-S-04-1711 GEB DAD P
13                                      )
                     Plaintiff,          )   **ORDER ON DEFENDANTS' EX PARTE**
14                                      )   **APPLICATION TO VACATE**
                                        )   **PRETRIAL DEADLINES & TRIAL**
15   vs.                                )   **DATE**
                                        )
16   COUNTY OF SACRAMENTO, et al.,      )
                                        )
17                     Defendants.       )
18   ─────────────────────────────      )

19        This case came on for hearing on the ex parte application of  Defendants

20   COUNTY OF SACRAMENTO, SHERIFF LOU BLANAS, CAPT. IWASA, LT. SMITH, LT.

21   S. JONES, GEORGE HILLS COMPANY, JOHN JOINER and CHAPLIN ONESIMUS ORTIZ

22   for an order vacating the existing pretrial deadlines and trial date and to reset the same,

23   following the District Court's ruling on defendants' motion for summary judgment/adjudication

24   of issues and the District Court's ruling on the notice of related cases and OSC regarding

25   plaintiff's motion to compel and it appearing to this Court that good cause has been shown,

26        IT IS HEREBY ORDERED THAT:

27        1.  The February 1, 2008 deadline for the filing of defendants' pretrial statement;

28   February 15, 2008 pretrial conference and May 6, 2008  jury trial dates are vacated.

1        2.  That if necessary, the Court will issue a revised scheduling order establishing pretrial

2   deadlines and a new trial date following the issuance of rulings on defendants' motion for

3   summary judgment/adjudication of issues and the District Court's ruling

4   on the notice of related cases and OSC regarding plaintiff's motion to compel.

5   DATED: February 4, 2008.

6

7

8                        DALE A. DROZD

9                        UNITED STATES MAGISTRATE JUDGE

10  DAD:4
     wade1711.vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORENO & RIVERA, LLP
1451 River Park Drive,
Suite 145
Sacramento, CA 95815
(916) 922-1200

**Order on Defendants' ex Parte Application to Vacate Pretrial Deadlines & Trial Date**