IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

      Plaintiff,                    No. CIV S-04-1711 GEB DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.            ORDER

          Plaintiff, a former pretrial detainee at the Sacramento County Main Jail, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, and with state law claims under the court's supplemental jurisdiction. On March 11, 2008, the court granted in part, plaintiff's May 15, 2007 motion to compel discovery. In the court's order, plaintiff was also ordered to file a supplemental opposition to defendants' motion for summary judgment which was filed on October 26, 2007. Plaintiff has failed to do so. The court will order plaintiff to notify the court whether he intends to proceed with this action or whether he requests a voluntarily dismissal without prejudice. If plaintiff intends to proceed with this action, he must file his supplemental opposition within the time period set in this order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fifteen days from the service of this order, plaintiff shall notify the court as to whether he intends to proceed with this action or whether he requests that this action be voluntarily dismissed without prejudice;

2. If plaintiff intends to proceed with this action, he shall file his supplemental opposition within fifteen days from the service of this order; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: May 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wade1711.osc2

2