IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

    Plaintiff,               No. CIV S-04-1711 GEB DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.        ORDER

_____/

        Plaintiff has requested an extension of time to file his supplemental opposition to defendants' motion for summary judgment pursuant to the court's orders of March 11 and May 19, 2008. Plaintiff contends that he never received the court's March 11, 2008 order which granted plaintiff leave to file a supplemental opposition. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 30, 2008 motion for an extension of time is granted; and

        2. Plaintiff shall file his supplemental opposition on or before July 15, 2008. No further extensions of time will be granted for this purpose.

DATED: June 12, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
wade1711.36