1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHANCELLOR WADE,

11          Plaintiff,                    No. CIV S-04-1711 GEB DAD P

12      vs.

13   COUNTY OF SACRAMENTO, et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with claims under 28 U.S.C. § 1983,

17   the Religious Land Use and Institutionalized Persons Act (RLUIPA), and state law.  On

18   September 3, 2008, the undersigned filed findings and recommendations recommending that

19   defendants County of Sacramento, Blanas, Iwasa, Smith, Jones, George Hills Company and

20   Joiner's motion for summary judgment be granted, that defendants George Hills Company and

21   Joiner be dismissed, that plaintiff's fifth, sixth and seventh causes of action be dismissed, and

22   that plaintiff's request for punitive damages on his § 1983 and state negligence claims against

23   defendants County of Sacramento and Blanas be dismissed.  The parties were provided fifteen

24   days to file objections to the findings and recommendations which would have given the parties

25   until on or about September 23, 2008, to file their objections, if any.

26   /////

1

1    On September 19, 2008, plaintiff filed a request for an enlargement of time to file

2  his objections, stating that he anticipates that there may be times when the prison law library will

3  be closed due to staff vacations and that he "intends to research several points of law he feels

4  were misinterpreted . . . ."  (Req. at 1.)

5    However, the purpose of objections to findings and recommendations is merely to

6  inform the court of "those portions of the report or specified proposed findings or

7  recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  Further legal research

8  and the presentation of a legal brief is not necessary.  Therefore, no extensions of time will be

9  granted for this purpose.

10    Accordingly, IT IS HEREBY ORDERED that plaintiff's September 19, 2008

11  request for an enlargement of time (Doc. No. 64), is denied.

12  DATED: September 24, 2008.

13

14  _____

15  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

16  DAD:4
17  wade1711.eot64

18

19

20

21

22

23

24

25

26