IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

    Plaintiff,                   2:04-cv-1711-GEB-DAD-P

   vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil action seeking relief under 42 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act (RLUIPA), and state law.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 3, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  Neither party has filed objections to the findings and recommendations.

///

///

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 3, 2008, are adopted in full;

2. The motion for summary judgment filed on October 26, 2007, on behalf of defendants County of Sacramento, Blanas, Iwasa, Smith, Jones, George Hills Company, and Joiner (Doc. No. 43), is granted;

3. Defendants George Hills Company and Joiner are dismissed from this action;

4. Plaintiff's fifth, sixth, and seventh causes of action are dismissed in their entirety; and

5. Plaintiff's requests for punitive damages on his § 1983 and state law negligence claims against defendants County of Sacramento and Blanas are dismissed.

Dated: September 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge