IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

    Plaintiff,                    2:04-cv-1711-GEB-DAD-P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On December 12, 2008, plaintiff filed a document styled, "Objections To The Magistrate's Findings/Order" (Docket No. 72), which the court construes as a request for reconsideration of the magistrate judge's order filed November 24, 2008, denying plaintiff's motion to amend the scheduling order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 24, 2008, is affirmed.

Dated: January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge