IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

    Plaintiff,                      No. CIV S-04-1711 GEB DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.               ORDER

_____/

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for trial before the Honorable Garland E. Burrell, Jr. on April 20, 2010. On January 28, 2009, plaintiff filed his pretrial statement and on September 16, 2009, plaintiff filed an addendum. On July 17, 2009, defendants filed their pretrial statement. Both parties have indicated that they are amenable to participating in a settlement conference. A randomly-assigned magistrate judge may be assigned to conduct the settlement conference or the parties may agree to a settlement conference before the undersigned. If a party agrees to a settlement conference before the undersigned, a waiver of disqualification must be filed with the following information: (1) that the party consents to participate in a settlement conference in which the undersigned magistrate judge is the magistrate who will conduct the settlement

1

conference, and (2) that the party waives all disqualifications. In the alternative, a party may request that the settlement conference be conducted before a randomly assigned magistrate judge other than the undersigned. A settlement conference before the undersigned shall only be held if both parties provide a waiver of disqualification.

Accordingly, IT IS HEREBY ORDERED that within ten days from the service of this order, each party shall file a response to this order and indicate whether they wish to proceed with a settlement conference before the undersigned or with a randomly-assigned magistrate judge.

DATED: November 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wade1711.consent