IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

     Plaintiff,                    No. CIV S-04-1711 GEB DAD P

     vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.           <u>ORDER</u>

                                     /

In their pretrial statements and in response to the court's November 9, 2009 order, the parties have indicated that they wish to proceed with a settlement conference before the undersigned. The court will set a date for the settlement conference and direct the parties to submit to chambers a Confidential Settlement Conference Statement setting forth the party's position on the claims, supporting evidence and proposed monetary settlement. In addition, each party shall file a Waiver of Disqualification which provides the following statement:

> Pursuant to Local Rule 270(b) of the Eastern District of California, the undersigned party to the herein action affirmatively requests that Magistrate Judge Dale A. Drozd preside over the settlement conference and further, the undersigned party waives any claim of disqualification to the assigned Magistrate Judge conducting the settlement conference.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference before the undersigned is set for February 3, 2010, at 10:00 a.m. in Courtroom 27;

2. Plaintiff shall appear by video-conferencing and the court shall issue a writ of habeas corpus ad testificandum requiring the correctional facility where plaintiff is incarcerated to make plaintiff available by video-conferencing on February 3, 2010, at 10:00 a.m.;

3. Each party shall submit a Confidential Settlement Conference Statement containing the information set forth above. The statement shall be mailed to the Chambers of Magistrate Judge Dale A. Drozd, 501 "I" Street, 8th Floor, Sacramento, CA 95814, and must arrive in Chambers at least two days prior to the date of the settlement conference; and

4. Each party shall file a Waiver of Disqualification as set forth above.

DATED: December 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wade1711.sett.ord

2