UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

        Plaintiff,              No. CIV S-04-1711 GEB DAD P

vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                                          **AD TESTIFICANDUM**

        Chancellor Wade, inmate # P-25499, the plaintiff in this action and a necessary party for settlement conference on February 3, 2010, is confined in Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California, 95671, in the custody of the Warden M.S. Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned Magistrate Judge Dale A. Drozd, to appear by video-conferencing at Folsom State Prison, February 3, 2010, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above so he may participate in the settlement conference by video-conferencing before the undersigned Magistrate Judge at the time and place above, until completion of proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden M.S. Evans, Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California, 95671:**

        **WE COMMAND** you to produce the inmate named above so he may participate in the settlement conference before the undersigned Magistrate Judge at the time and place above by video-conferencing, and until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 30, 2009.

                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
wade1711.841vc