**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CHANCELLOR WADE,

        Plaintiff,           No. CIV S-04-1711 GEB DAD P

  vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.       **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

      Chancellor Wade, inmate # P-25499, the plaintiff in this action and a necessary party for settlement conference on February 3, 2010, is confined in Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California, 95671, in the custody of Warden M.S. Evans. The court has been informed that Folsom State Prison does not have the technology for video-conferencing; therefore, in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned Magistrate Judge Dale A. Drozd, 8th Floor, Courtroom 27, United States Courthouse, 501 I Street, Sacramento, California on February 3, 2010, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above so he may participate in the settlement conference at the District States Courthouse at the time and place above, until completion of proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden M.S. Evans, Folsom State Prison, 300 Prison Road, P.O. Box 71, Represa, California, 95671:**

      **WE COMMAND** you to produce the inmate named above to participate in the settlement conference before the undersigned Magistrate Judge at the time and place above, and until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ. DATED: January 11, 2010.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
wade1711.841