UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHANCELLOR WADE,

        Plaintiff,           No. CIV S-04-1711 GEB DAD P

vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Chancellor Wade, inmate # P-25499, a necessary party for the trial confirmation hearing on March 12, 2010, is confined in Folsom State Prison, Represa, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 10, United States Courthouse, 501 I Street, Sacramento, California on March 12, 2010, at 2:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above so that he may be present for the trial confirmation hearing in United States District Court at the time and place above, and until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden James Walker, Folsom State Prison, Prison Road, P.O. Box 290002, Represa, California, 95671-002:**

      **WE COMMAND** you to produce the inmate named above to be present before the United States District Court at the time and place above, and until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 25, 2010.

                                                  _/s/ Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE

DAD:md/4
wade1711.841